IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION


| | |
|---|---|
| MARIO ANDJUAN PEEPLES, | : |
| Plaintiff, | : |
| vs. | : CIVIL ACTION 09-00728-WS-N |
| MOBILE COUNTY CIRCUIT COURT CLERK'S OFFICE; JOJO SCHWARZAUER., | : |
| Defendants. | : |


## JUDGMENT


It is ORDERED, ADJUDGED, and DECREED that this action be and is hereby

DISMISSED without prejudice.

DONE this 11th day of January, 2010.




s/WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE